McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S-02-491 WBS KJM P |
| Plaintiff/Respondent, ) | |
| ) | ORDER |
| v. ) | |
| DEE LAIL, ) | |
| Defendant/Petitioner. ) | |

   For good cause as established in the government's request for an extension of time;

   IT IS HEREBY ORDERED, that the government may have until July 11, 2005 to respond to the petitioner's motion in this matter.

DATED: June 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1