IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,           No. CR-02-0491 WBS KJM P

  vs.

DEE LAIL,

      Movant.             ORDER

_____/

      On July 12, 2005, respondent filed a motion to dismiss. Movant has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of this order, movant file an opposition or a statement on non-opposition to respondent's July 12, 2005 motion to dismiss. Movant's failure to comply with this order may result in this action being dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: October 12, 2005.

                                    UNITED STATES MAGISTRATE JUDGE

1
lail0491.46