1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA

11              Respondent,              No. CR-S-02-0491 WBS KJM P

12        vs.

13   DEE LAIL,

14              Movant.              <u>ORDER</u>

15   _____/

16              Movant is a federal prisoner proceeding with a motion under 28 U.S.C. § 2255.

17   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

18   § 636(b)(1)(B) and Local General Order No. 262.

19              On January 13, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23   /////

24   /////

25   /////

26   /////

1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4         1.  The findings and recommendations filed January 13, 2006, are adopted in full;

5         2.  Respondent's July 12, 2005 motion to dismiss is granted;

6         3.  This case is closed; and

7         4.  The clerk of the court is directed to close the companion civil case

8  No. CIV S-04-1863 WBS KJM P.

9  DATED: February 17, 2006

11  _____

12  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

13

/lail0491.801

2